**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**YI RONG,**

   *Petitioner*,

**v.**                                                    **Case No.: 1:25cv158-MW/MJF**

**CONG CAO,**

   *Respondent.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13, and has also reviewed *de novo* Petitioner's objections, ECF No. 14.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 13, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on May 26, 2026.**

                              **s/Mark E. Walker**
                              **United States District Judge**